### In re House Bill No. 10, Concerning the Weighing of Coal.

Weighing Coal at Mines.— The proposed measure, relating to the subject of weighing coal at mines, as the same was submitted for the opinion of the supreme court, is unconstitutional in one or more particulars.

A copy of House Bill No. 10: "In relation to the weighing of coal at mines," was submitted to the court requesting an opinion whether said bill, if enacted as a law, would operate to deprive persons affected thereby of their property without due process of law or without just compensation; and whether said bill, if passed by the legislature, could be sustained as a valid police regulation.

Per Curiam. After hearing several arguments amici curiæ as to the validity of House Bill No. 10, we adopt the concession made by the promoters of the measure who appeared before us, that in one or more important particulars the bill as presented for our consideration must be held unconstitutional. It is unnecessary to discuss its terms at length, as it is not our province to indicate whether or not a constitutional measure might be prepared which would effectuate the leading purposes of the bill. We therefore refrain from expressing any further opinion upon the subject.